UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
IN RE: Fosamax Products Liability          :
Litigation, 1:06-md-1789  (JFK)            :          <u>Order</u>
------------------------------------------x
*This Document Relates to*: All Actions    :
                                           :
------------------------------------------x

**JOHN F. KEENAN, United States District Judge:**

  Section 2(a) of the Court's practices generally requires a pre-motion conference before a party may make any motion.  This requirement is hereby waived with respect to motions to remand filed in this multi-district litigation because the jurisdictional issues typically raised by such motions can be resolved more efficiently without a conference.  Accordingly, it is ORDERED that plaintiffs may file motions to remand without first requesting a pre-motion conference.


SO ORDERED.

Dated: New York, New York
    November 14, 2007

              <u>John F. Keenan</u>
              JOHN F. KEENAN
             United States District Judge