**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

IN RE:   FOSAMAX PRODUCTS                     MDL Docket No. 1789
                                              Case No. 1:06-md-1789 JFK-JCF

LIABILITY LITIGATION

This document relates to:                     Judge Keenan

*Shirai,* 07-7289                             Magistrate Judge Francis
*Brady,* 07-9481
*Tortorete,* 07-7289

_____/

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Lela M. Hollabaugh hereby enters her appearance as counsel of record in the above referenced causes of action.  All inquiries, pleadings and court documents should be filed and served upon the undersigned.

DATED: April 10, 2008

                              Respectfully submitted,

                              s/Lela M. Hollabaugh_____
                              Lela M. Hollabaugh (TN BPR #14894)
                              Waller Lansden Dortch & Davis, LLP
                              511 Union Street, Suite 2700
                              Nashville, TN  37219
                              Tel: 615-244-6830 / Fax: 615-244-6804
                              lela.hollabaugh@wallerlaw.com
                              Counsel for Defendant, Merck & Co., Inc.

1778873.8

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this the 10th day of April, 2008, I electronically filed the

foregoing with the Clerk of the Court by using the CM/ECF system which will send a Notice of

Electronic filing to all counsel on the Service List for this case.  Parties may access this filing

through the Court's system.

s/Lela M. Hollabaugh
Lela M. Hollabaugh
Waller Lansden Dortch & Davis, LLP
511 Union Street, Suite 2700
Nashville, TN  37219
Tel: 615-244-6830 / Fax: 615-244-6804
lela.hollabaugh@wallerlaw.com

1778873.8