Norman C. Kleinberg (NK 2735)
Theodore V. H. Mayer (TM 9748)
William J. Beausoleil (WB 5296)
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004-1482
(212) 837-6000

*Attorneys for Defendant Merck & Co., Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-11-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
IN RE:
Fosamax Products Liability Litigation           :       1:06-md-1789 (JFK)
-----------------------------------------------------------x
*This Document Relates to:*                     :
Francis Finch, et al.                           :
v. Merck & Co., Inc.                            :
                                                :
Case No: 1:07-cv-9481-JFK                       :
-----------------------------------------------------------x

## STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiffs in the above-captioned case and Defendant Merck & Co., Inc., ("Merck") through their respective undersigned counsel, as follows:

1.  This case having been resolved upon the agreement of the Plaintiffs in the above-captioned case to voluntarily dismiss with prejudice their claims against Merck and the agreement of Merck not to seek from Plaintiffs its fees and costs. The following Plaintiffs are hereby dismissed from the above-captioned case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(ii):

HA2/340473

    Dale Bartley and Colleen Bartley, husband and wife;
    Janice Miller and Frederick Miller, wife and husband;
    Angie Morales; and
    Regina Pilchik and Saul Pilchik, wife and husband.

2. Each party is to bear its own costs and attorneys' fees.

Dated: ~~August~~ September 9, 2008

PHILLIPS & ASSOCIATES

By_____
 Lowell W. Finson
 3030 N. Third St.
 Suite 1100
 Phoenix, AZ 85012-3049
 (602) 258-8900 ext. 295

*Attorneys for Plaintiff*

HUGHES HUBBARD & REED LLP

By_____
 Theodore V. H. Mayer (TM 9748)
 One Battery Park Plaza
 New York, New York 10004
 (212) 837-6888

*Attorneys for Defendant Merck & Co., Inc.*

SO ORDERED: _____ 9/11/08
    Hon. John F. Keenan

BA2/340473